IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE YELLEN,

    Plaintiff,                    No. CIV S-01-0018 GEB KJM P

    vs.

ROBERT PRESLEY, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a former state prisoner proceeding pro se, has requested that this action be dismissed. As provided by Fed. R. Civ. P. 41(a), plaintiff's August 11, 2005 request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 12, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

/kf
yell0018.59